63 So.3d 902 (2011)
R.J. REYNOLDS TOBACCO COMPANY, Appellant,
v.
Carolyn GRAY, in re Engle Progeny Cases Tobacco Litigation, Appellee.
No. 1D10-3787.
District Court of Appeal of Florida, First District.
June 17, 2011.
Larry Hill and Charles F. Beall, Jr., of Moore, Hill & Westmoreland, P.A., Pensacola, and Gregory G. Katsas of Jones Day, Washington, DC, for Appellant.
Steven L. Brannock, Celene H. Humphries, and Tyler K. Pitchford of Brannock & Humphries, Tampa, and Matthew D. Schultz and Robert M. Loehr of Levin, Papantonio, Thomas, Mitchell & Echsner, P.A., Pensacola, for Appellee.
PER CURIAM.
AFFIRMED. See R.J. Reynolds Tobacco Co. v. Martin, 53 So.3d 1060 (Fla. 1st DCA 2010).
BENTON, C.J., DAVIS and ROBERTS, JJ., concur.